# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER M. REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| v. | ) | |
| | ) | **2:22-00458-ECM-KFP** |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ERNEST N. FINLEY, JR. | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| v. | ) | |
| | ) | **2:23-cv-146-KKD-PBM** |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ERNEST N. FINLEY, JR. and JENNIFER M. REAVES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| v. | ) | |
| | ) | **2:23-cv-464-KKD-PBM** |
| THOMAS ALBRITTON, CYNTHIA RAULSTON, and BYRON BUTLER, | ) | |
| | ) | |
| Defendants. | ) | |

2

## ORDER ON MOTIONS TO QUASH

The Court has reviewed Plaintiff's Second Status Report (Doc. 84) regarding the pending motions to quash. The Court hereby finds the following motions to quash **MOOT**:

2:23-cv-146 – Docs. 65, 66, 68, and 79

2:22-cv-458 – Doc. 98

2:23-cv-464 – Doc. 87

Should additional discovery issues arise, the parties may file new motions with the Court after complying with the Court's pre-motion mediation process set forth in paragraph 11 of the Scheduling Order.

**DONE** and **ORDERED** this **4th** day of **November, 2024.**

**s/P. BRADLEY MURRAY**
**UNITED STATES MAGISTRATE JUDGE**