# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER M. REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:22-00458-ECM-KFP |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ERNEST N. FINLEY, JR. | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:23-cv-146-KKD-PBM |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ERNEST N. FINLEY, JR. and JENNIFER M. REAVES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:23-cv-464-KKD-PBM |
| THOMAS ALBRITTON, CYNTHIA RAULSTON, and BYRON BUTLER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This action is before the Court on the Joint Motion by All Parties to Extend the Discovery Deadline (Doc. 86). For good cause shown, the Court GRANTS the motion and extends the discovery deadline from December 13, 2024, to January 21, 2025. All other deadlines remain in effect.

**DONE** and **ORDERED** this **26th** day of **November, 2024.**

                               **s/P. BRADLEY MURRAY**
                               **UNITED STATES MAGISTRATE JUDGE**