# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ERNEST N. FINLEY, JR., and JENNIFER M. REAVES,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 2:23-00464-KKD-PBM ) |
| **THOMAS ALBRITTON, CYNTHIA RAULSTON, and BYRON BUTLER,** in their individual capacity, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the motion for summary judgment filed by Defendants Thomas Albritton, Cynthia Raulston, and Byron Butler (doc. 99), evidentiary submissions (docs. 100-103) and brief (doc. 104).

Upon consideration, **Plaintiffs** Ernest N. Finley, Jr. and Jennifer M. Reeves shall file their **response** on or before **March 21, 2025,** and **Defendants** shall file their **reply** on or before **March 28, 2025.**

DONE and ORDERED this 5th day of March 2025.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE