**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ERNEST N. FINLEY, JR., and** ) | |
| **JENNIFER M. REAVES,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. 2:23-00464-KKD-PBM** |
| ) | |
| **THOMAS ALBRITTON, CYNTHIA** ) | |
| **RAULSTON, and BYRON BUTLER,** ) | |
| **in their individual capacity,** ) | |
| ) | |
| **Defendants.** ) | |

### <u>JUDGMENT</u>

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and

DECREED that judgment is entered in favor of Defendants Thomas Albritton, Cynthia Raulston,

and Byron Butler as to Counts I through IV, and those Counts are dismissed with prejudice; and

it is ORDERED, ADJUDGED, and DECREED that Counts V through XI are dismissed without

prejudice.

DONE and ORDERED this 25th day of June 2025.

<u>s/ Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE