**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ERNEST N. FINLEY, JR., and** | ) | |
| **JENNIFER M. REAVES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NUMBER** |
| **v.** | ) | **2:23-CV-00464-KKD-PBM** |
| | ) | |
| **THOMAS ALBRITTON, CYNTHIA** | ) | |
| **RAULSTON and BYRON BUTLER,** | ) | |
| **in their individual capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### NOTICE OF APPEAL

---

COME NOW the Plaintiffs, Ernest N. Finley, Jr., and Jennifer M. Reaves, by and through their attorneys, who hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Judgment of June 25, 2025 (Doc. 150 and 151) entering judgment as to Counts I through IV of Plaintiffs' claims, and from all interlocutory or final rulings or orders entered by this Court prior to the entry of the Final Judgment of June 25, 2025, (Doc. 150 and 150) including but not limited to the Order granting summary judgment in favor of Defendants, Thomas Albritton, Cynthia Raulston and Byron Butler and all related Orders (Doc. 81, 95, 96, 121, 125, 131, 141, 148, 149, 150 and 151).

1

Respectfully submitted,
/s/ Kenneth D. Haynes
Kenneth D. Haynes

**OF COUNSEL:**
Kenneth D. Haynes
Alicia K. Haynes
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Telephone: (205) 879-0377
Facsimile: (205) 879-3572
Email: kdhaynes@haynes-haynes.com
        akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21st, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jamie Helen Kidd Frawley
WEBB, MCNEILL & WALKER, P.C.
P.O. Box 238
Montgomery, AL 36101-0238

Wilson F. Green
WILSON F. GREEN, LLC
301 19 Street North, Ste. 525
Birmingham, Alabama 35203

Allison Ingram
BALL, BALL, MATTHEWS & NOVAK
445 Dexter Avenue
Suite 9045
Montgomery, Alabama 36104-3775

/s/ Kenneth D. Haynes
OF COUNSEL

2